UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick E. Gannon and Janet L. Gannon, a married couple, | Court File No. 10-CV-04382 (PAM/JJK) |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| RTS Enterprises, Ltd., d/b/a RTS Enterprise; and Harjinder Singh Mann, | |
| Defendants. | |

Based upon the Stipulation of Counsel, and the Court being fully advised in the premises, it is herewith ordered that the above captioned matter may be, and herewith is, dismissed with prejudice and on the merits, and without costs, disbursements or attorneys' fees to any party.  There being no just reason for delay, the Clerk of Court is herewith directed to enter a judgment of dismissal with prejudice in accordance with this Order.

Dated:   October   25   , 2011

                                                        s/Paul A. Magnuson
                                                        Judge Paul A. Magnuson
                                                        United States District Court